AO 442 (Rev. 11/11) Arrest Warrant (approved by AUSA McCartney and Ashenfelter )

# UNITED STATES DISTRICT COURT

for the

Eastern District of Pennsylvania

United States of America
v.

EUGENE ALBERT HORSCH
*Defendant*

Case No. 26-mj-1270

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* EUGENE ALBERT HORSCH,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:
See attached Affidavit

George Wylesol, Clerk of Court
U.S. District Court, Eastern District of PA

Date: June 26, 2026

/s/ Craig M. Straw 6-26-2026
*Issuing officer's signature*

City and state: Philadelphia, Pennsylvania

Hon. Craig M. Straw, United States Magistrate Judge
*Printed name and title*

**Return**

This warrant was received on *(date)* 06/26/2026, and the person was arrested on *(date)* 06/30/2026
at *(city and state)* Philadelphia, PA.

Date: 06/30/2026

TFO / Sgt. [illegible]
*Arresting officer's signature*

TFO / Sgt. Vincent P. Dayton
*Printed name and title*