### IN THE UNITED STATES DISTRICT COURT

### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| v. | : | DATE FILED: July 9, 2026 |
| EUGENE ALBERT HORSCH | : | VIOLATIONS:<br>18 U.S.C. § 922(g)(1) (possession |
| | : | of a firearm by a felon - 1 count)<br>18 U.S.C. § 1028(a)(6) (possession of an |
| | : | unlawfully produced document<br>and authentication feature – 1 count) |
| | : | Notices of forfeiture |

### INDICTMENT

### COUNT ONE

**THE GRAND JURY CHARGES THAT:**

On or about June 19, 2026, in Philadelphia, in the Eastern District of

Pennsylvania, defendant

### EUGENE ALBERT HORSCH,

knowing that he had previously been convicted in a court of the Commonwealth of Pennsylvania

of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed

firearms, that is, a Taurus, model G2S, .40 S&W caliber semi-automatic pistol, bearing serial

number ABC419937, loaded with 8 rounds of ammunition, and a FIE, model Arminius Titan

Tiger, .38 Special revolver, with an obliterated serial number, loaded with 6 rounds of

ammunition, and the firearms were in an affecting interstate and foreign commerce.

In violation of Title 18, United States Code, Section 922(g)(1).

## COUNT TWO

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about June 19, 2026, in the Eastern District of Pennsylvania, defendant

**EUGENE ALBERT HORSCH**

knowingly possessed identification documents and authentication features, that is, fraudulent

United States Drug Enforcement Administration (DEA) and Federal Bureau of Investigation

(FBI) credentials, that were or appeared to be identification documents and authentication

features of the United States, which were produced without lawful authority, knowing that such

documents and features were produced without such authority, and the identification documents

and authentication features were or appeared to have been issued by and under the authority of

the United States.

In violation of Title 18, United States Code, Section 1028(a)(6).

## NOTICE OF FORFEITURE 1

As a result of the violation of Title 18, United States Code, Section 922(g)(1), as set forth in this indictment, defendant

### EUGENE ALBERT HORSCH

shall forfeit to the United States of America all firearms and ammunition involved in the commission of this offense, including, but not limited to:

1. a Taurus, model G2S, .40 S&W caliber semi-automatic pistol, bearing serial number ABC419937, loaded with 8 rounds of ammunition; and

2. a FIE, model Arminius Titan Tiger, .38 Special revolver, with an obliterated serial number, loaded with 6 rounds of ammunition.

All pursuant to Title 28, United States Code Section 2461(c), and Title 18, United States Code, Section 924(d).

## NOTICE OF FORFEITURE 2

**THE GRAND JURY FURTHER CHARGES THAT:**

1.      As a result of the violation of Title 18, United States Code, Section 1028(a)(6), set forth in this indictment, defendant

## EUGENE ALBERT HORSCH

shall forfeit to the United States of America any property used to facilitate, or intended to be used to facilitate, the commission of the offense of which he is convicted, including but not limited to:

    a.  Counterfeit DEA credentials seized from a BMW, PA registration NCB7708, on June 19, 2026;

    b.  Counterfeit FBI credentials seized from 417 West Chew Avenue, Philadelphia, PA 19120, on June 19, 2026; and

    c.  A black desktop computer bearing serial number CA-1K7-00M1NN-01LA000609 seized from 417 West Chew Avenue, Philadelphia, PA 199120, on June 19, 2026.

2.      If any of the property subject to forfeiture, as a result of any act or omission of the defendant:

    a.      cannot be located upon the exercise of due diligence;

    b.      has been transferred or sold to, or deposited with, a third party;

    c.      has been placed beyond the jurisdiction of the Court;

    d.      has been substantially diminished in value; or

    e.      has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 18, United States Code, Section 982(b), incorporating Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property subject to forfeiture.

All pursuant to Title 18, United States Code, Section 982(a)(2)(B), (a)(6).

A TRUE BILL:

_/FoR_

**DAVID METCALF**
**United States Attorney**

5

No.___ _ _ _ _ _ _ _ _ _

---

## UNITED STATES DISTRICT COURT

Eastern District of Pennsylvania

Criminal Division

---

## THE UNITED STATES OF AMERICA

vs.

## EUGENE ALBERT HORSCH

---

INDICTMENT

Counts
**18 U.S.C. § 922(g)(1) (possession of a firearm by a felon - 1 count)**
**18 U.S.C. § 1028(a)(6) (possession of an unlawfully produced document**
**and authentication feature – 1 count)**
**Notices of forfeiture**

---