IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

                v.

EUGENE ALBERT HORSCH
USM #74858-512
F. D. C. Philadelphia,
P. O. Box 562
Philadelphia, PA 19105

:         CRIMINAL ACTION

:

:         No. 26-296-JMY

## NOTICE OF JURY TRIAL

Take notice that the defendant is scheduled for a **Jury Trial** on **Monday, September 28, 2026 at 9:30 A.M**. before the **Honorable John Milton Younge** in **Courtroom 15-B** of the United States District Court, 601 Market Street, Philadelphia, PA 19106.

☒ **Detained Federal Inmate:** The U.S. Marshal shall have the defendant present for this court proceeding.

☐ **Bail Status:** The defendant is on bail.  A Court Security Officer shall be assigned to this proceeding.

☒ **Court Summons:** This Notice serves as a summons to appear in court.  If the defendant is on bail or supervision and fails to appear as directed, the presiding judge may issue a bench warrant.

☐ **Interpreter:** A         interpreter will be required for the defendant.

☐ **Hearing rescheduled from:**

For additional information, please contact the undersigned.

By:          Dedra Brannan, Courtroom Deputy to the Honorable John Milton Younge
                Phone: 267.299.7360

Date:       July 9, 2026

cc via U.S. Mail:     Defendant
cc via email:        Jerome M. Brown, Defense Counsel
                Justin T. Ashenfelter, Assistant U.S. Attorney
                Maureen McCartney, Assistant U.S. Attorney
                U.S. Marshal
                Court Security
                Probation Office
                Pretrial Services
                Interpreter Coordinator

crnotice (July 2021)