**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION** |
| | : | |
| **vs.** | : | **No. 2:26-cr-296-JMY-1** |
| | : | |
| **EUGENE ALBERT HORSCH** | : | |

## <u>SCHEDULING ORDER</u>

**AND NOW**, this 6th day of August, 2026, it is **ORDERED** as follows:

1.      This matter is listed for trial on **Monday, September 28, 2026, at 9:30 a.m.**, in **Courtroom 15B**, **15th Floor,** United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania.

2.      No later than **Saturday, August 22, 2026**, the Parties shall file pretrial motions – all *motions in limine*, motions to suppress evidence and *Starks* or *Daubert* motions.  The Parties shall respond to such motions no later than **Monday, August 31, 2026**.

3.      No later than **Friday, September 4, 2026,** the Parties shall file pretrial memorandum, proposed jury instructions, verdict slip, *voir dire,* witness list, and exhibit list.

4.      In the event a Party intends to call an expert witness at trial, the Party shall deliver to the opposing Party a written summary describing the witness's opinions, the bases and reasons for those opinions, and the witness's qualifications no later than 20 days before trial.

5.      A motions hearing will be held on **Tuesday, September 8, 2026 @ 12:30 p.m.** to hear any pre-trial motions filed including any motions to suppress evidence, in

Courtroom **15B**, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania.

6.      Any motion for continuance of trial must be filed no later than 14 days prior to the trial date.  Absent exceptional circumstances, no application for a continuance filed after this time will be entertained.

**IT IS SO ORDERED**.

BY THE COURT:

*/s/ Honorable John Milton Younge*
**JOHN MILTON YOUNGE, J.**