**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **CRIMINAL ACTION** |
| **vs.** | : | **No. 26-cr-296** |
| | : | |
| **EUGENE ALBERT HORSCH** | : | |

**ORDER**

**AND NOW**, this 22th day of September 2026, upon consideration of the *Unopposed Third Motion for Extension of Time to File Pretrial Motions and to Continue Trial* that was filed by the Defendant (ECF No. 24), it is **ORDERED** that Defendant's Motion is **GRANTED** as follows:

1. The trial of Defendant in this matter, previously scheduled for Monday, January 11, 2027, is **CONTINUED** to **Monday, March 22, 2027, at 9:30 a.m.**, in **Courtroom 15B**, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania.

2. The Court finds that the ends of justice served by the above-Ordered continuance outweigh the best interest of the public and the Defendant in a speedy trial and that the continuance is necessary for the following reasons:

a. Defense Counsel requires additional time. See 18 U.S.C. § 3161(h)(7)(B)(iv).

b. Defense Counsel and the Government consent to the continuance.

c. The failure to grant the requested continuance of the proceedings would deny Defense Counsel the reasonable time necessary for preparing effectively to represent Defendant at trial and would result in a miscarriage of justice. See 18 U.S. § 3161 §§ (h)(7)(B)(i), (h)(7)(B)(iv).

3. Based on the Court's above findings, and as agreed by Defense Counsel, it is further **ORDERED**, pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B), that the period of delay resulting from the above-Ordered continuance shall be excluded under the speedy Trial Act.

**IT IS SO ORDERED.**

**BY THE COURT:**

***/s/ Honorable John Milton Younge***
**John Milton Younge, J.**